UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

    v.

EFRAIN FONSECA ANGULO, et al.,

    Defendants.
_____/

No. C 10-5578 PJH

**ORDER VACATING HEARING DATES**

    Plaintiff Joe Hand Productions, Inc. ("Joe Hand Productions") filed this action against defendants Efrain Fonseca Angulo, Francisco A. Montecinos, and Idalia Matilde Montecinos on December 9, 2010. Joe Hand Productions subsequently filed certificates of service, showing service of the summons and complaint on defendants on March 24, 2011.

    Defendants did not file a responsive pleading within 21 days after being served, as required by Federal Rule of Civil Procedure 12. Accordingly, on April 13, 2011, Joe Hand Productions filed a request for entry of default. The clerk entered the default on April 14, 2011, but defendants were not served with a copy by the clerk because the clerk did not have an address for service. Nor is there any indication in the clerk's docket that Joe Hand Productions served defendants with a copy of the default.

    However, on April 15, 2011, defendants filed a motion to dismiss the complaint. They noticed the motion for hearing on June 29, 2011. On May 17, 2011, Joe Hand Productions filed a motion for default judgment, noticed for hearing on June 22, 2011.

It appears to the court that defendants, who are proceeding pro se, intend to challenge the complaint filed by Joe Hand Productions.  As it is likely that the court will grant any motion to set aside the default, the June 22, 2011 date for the hearing on the motion for default judgment is hereby VACATED, to allow defendants an opportunity to file such a motion.

In addition, as the court cannot consider defendants' motion to dismiss until and unless the default is set aside, the June 29, 2011 date for the hearing on the motion to dismiss is also VACATED, to allow the court to consider any request by defendants to set aside the default.

**If defendants wish to move the court for an order setting aside the default, they must file a motion no later than June 8, 2011.**  Joe Hand Productions' opposition shall be filed by June 22, 2011, and defendants shall file any reply to the opposition by June 29, 2011.  The court will rule on the papers.  No hearing will be held.  If the court does set aside the default, defendants may re-notice their motion to dismiss after the court has issued its order.

**IT IS SO ORDERED.**

Dated:  May 17, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge