UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS,

        Plaintiff,

    v.

EFRAIN FONSECA ANGULO, et al.,

        Defendants.

                                /

No. C 10-5578 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's application for default judgment against defendants Efrain Fonseca Angulo, Francisco A. Montecinos, and Idalia Matilde Montecinos, individually and dba El Amigo Taqueria #1.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: March 5, 2012

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

cc: Lili, Assigned M/J